**Order entered May 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

**TADARROWL DERONE CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-57494-Y**

## ORDER

The Court **REINSTATES** the appeal.

On February 13, 2015, we ordered the trial court to make findings regarding the reporter's record in this appeal. On March 23, 2015, we received the reporter's record, but it was missing State's Exhibit nos. 1 and 3. To date, we have not received those exhibits, despite the fact that the trial court found Sharon Hazlewood said the exhibits would be filed by May 1, 2015. Accordingly, we **DO NOT ADOPT** the finding that Sharon Hazlewood will file the exhibits by May 1, 2015.

We **ORDER** court reporter Sharon Hazlewood to file a supplemental record containing State's Exhibit nos. 1 and 3 by **4:00 p.m. on MONDAY, MAY 11, 2015**. We further order that Sharon Hazlewood not sit as a court reporter until she has filed the exhibits in this appeal.

Appellant's brief is due by **JUNE 19, 2015**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; the Texas Court Reporters Certification Board; the Dallas County Auditor; and to counsel for all parties.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE